AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

United States

v.

Arturo Rojas-Jaime

**APPEARANCE**

Case Number: 05-cr-00708

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Arturo Rojas-Jaime

I certify that I am admitted to practice in this court.

March 15, 2007
Date

TO: ELIZABETH FINE, ESQ
AUSA ANIRUDH BANSAL

Signature

Johanna S. Zapp    4147417
Print Name         Bar Number

1623 3rd Avenue Suite 36E
Address

New York    NY    10128
City        State  Zip Code

(917) 742-4953    (917) 492-1879
Phone Number      Fax Number