AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States
v.
Arturo Rojas-Jaime

**APPEARANCE**

Case Number: 05-cr-00708

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Arturo Rojas-Jaime

I certify that I am admitted to practice in this court.

March 15, 2007
Date

Signature

Johanna S. Zapp
Print Name

4147417
Bar Number

1623 3rd Avenue Suite 36E
Address

New York       NY       10128
City           State    Zip Code

(917) 742-4953         (917) 492-1879
Phone Number           Fax Number

TO: ELIZABETH FINK, ESQ
AUSA ANIRUDH BANSAL