USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/27/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/30/07

# JOHANNA S. ZAPP

1623 THIRD AVENUE • SUITE 36E • NEW YORK, NEW YORK 10128
917-742-4953 • FAX 917-492-1879

ATTORNEY

NEW YORK, NEW JERSEY BARS

**VIA FAX**

July 26, 2007

Hon. Alvin K. Hellerstein
Unites States District Court Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: USA v. Arturo Rojas
05 cr 00708 (AKH)

Dear Judge Hellerstein,

On July 24, 2007, my secretary, on my behalf, sent the court a letter asking for an adjournment for the August 7, 2007, conference for the above referenced matter. The letter makes reference to the fact that I had spoken to the prosecutor, Mr. Bansal about the adjournment and that he had consented. In fact, as of that date I had not spoken to Mr. Bansal, it was a miscommunication between my secretary and me.

However since that time, I have spoken to Mr. Bansal and he does consent to the adjournment. I would like to add that defendant seeks the exclusion of time until the adjournment date set by this court, requesting that it is a date sometime in late September or early October 2007.

I am sorry for any confusion this may have caused.

Very truly yours,

Johanna S. Zapp

cc: Anirudh Bansal, AUSA

---

*Handwritten endorsement:*

The pretrial conference is adjourned to October 10 2007 @ 4:00 p.m. and time is excluded until then. So ordered.
7-30-07
[signature]

**MEMO ENDORSED**