# JOHANNA ZAPP

12 EAST 86TH STREET • SUITE 434 • NEW YORK, NEW YORK 10028
718-855-3895 • 917-742-4963 • FAX 917-492-1879

**ATTORNEY**

NEW YORK, NEW JERSEY BARS

October 9, 2007

Honorable Alvin K. Hellerstein
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: Arturo Rojas-Jaimes
    Dkt. # 05 CR 708(AKH)

My client, Arturo Rojas-Jaimes, is scheduled to appear before Your Honor on Wednesday, October 9, 2007. However, I am respectfully requesting an adjournment so that I can have more time to discuss the proposed plea agreement with my client and so that I may review with my client various discovery material. I am confident that this case will be disposed of.

I have spoken with AUSA Anjan Sahni, and he has no objection to the adjournment.

We would request an adjourn date in mid December (as I have a trial set for mid November), if it meets with Your Honor's approval. Defendant waives any speedy trial rights that he may have.

Faithfully yours,

Johanna S. Zapp

cc: AUSA Anjan Sahni