# EXHIBIT A

Case 1:05-cr-00708-AKH   Document 78-2   Filed 01/14/2008   Page 1 of 5

# Govindan Gopinathan, M.D.
## Department of Neurology, New York University Medical Center

## CURRICULUM VITAE

**Govindan Gopinathan, M.D.**
650 First Avenue, New York, New York 10016
(212) 213-9559 (office) (212) 689-6784 (fax)

### Education and General Information

Medical Education
University of Kerala, India 1973

Internships
Coney Island Hospital (Medicine) 1973-1974

Residency Training
Coney Island Hospital (Medicine) 1974-1975; NYU Medical Center (Neurology) 1975-1978

Clinical Fellowships
National Institutes of Health (Neurology Experimental Therapeutics) 1978-1980

Board Certifications
Neurology

### Faculty/Hospital

Clinical Professor of Neurology, New York University School of Medicine

### Clinical Information

Medical Specialty
Brain and Spinal Cord Tumors/Neurooncology; Dizziness/Vertigo; Stroke/Cerebrovascular Disease; Parkinsons Disease/Movement Disorders; General Adult Neurology

### Publications

1. SILLER, KA; RILES, TS; GOPINATHAN, G. "INTERNAL CAROTID-ARTERY

DISSECTION CAUSED BY EXERCISE - 3 CASE-REPORTS [Abstract]". *Annals of neurology*. 1993; 34: 318 (#J0113910)

2. Golbe LI; Lieberman AN; Muenter MD; Ahlskog JE; Gopinathan G; Neophytides AN; Foo SH; Duvoisin RC. "Deprenyl in the treatment of symptom fluctuations in advanced Parkinson's disease". *Clinical neuropharmacology*. 1988; 11: 45 (#J0116854)

3. Lieberman, A; Gopinathan, G; Neophytides, A; Pasternack, P; Goldstein, M. "ADVANCED PARKINSONS-DISEASE - USE OF PARTIAL DOPAMINE AGONIST, CILADOPA". *Neurology*. 1987; 37: 863 (#J0040356)

4. Lieberman, AN; Gopinathan, G; Neophytides, A; Foo, SH. "DEPRENYL VERSUS PLACEBO IN PARKINSON DISEASE - A DOUBLE-BLIND- STUDY". *New York state journal of medicine*. 1987; 87: 646 (#J0040521)

5. Lieberman AN; Goldstein M; Gopinathan G; Neophytides A. "D-1 and D-2 agonists in Parkinson's disease". *Canadian journal of neurological sciences*. 1987; 14: 466 (#J0008469)

6. LIEBERMAN, AN; GOPINATHAN, G; NEOPHYTIDES, A. "EFFICACY OF PERGOLIDE AND MESULERGINE". *European neurology*. 1986; 25: 86 (#J0062700)

7. Lieberman, AN; Gopinathan, G; Neophytides, A; Goldstein, M. "MANAGEMENT OF LEVODOPA FAILURES - THE USE OF DOPAMINE AGONISTS". *Clinical neuropharmacology*. 1986; 9: S9 (#J0040635)

8. LIEBERMAN, AN; GOPINATHAN, G; NEOPHYTIDES, A; PASTERNACK, P. "USE OF CARBIDOPA AS AN ADJUVANT TO LEVODOPA CARBIDOPA THERAPY IN PATIENTS WITH PARKINSONS-DISEASE". *New York state journal of medicine*. 1986; 86: 655 (#J0085023)

9. Lieberman AN; Leibowitz M; Gopinathan G; Walker R; Hiesiger E; Nelson J; Goldstein M. "The use of pergolide and lisuride, two experimental dopamine agonists, in patients with advanced Parkinson disease". *American journal of the medical sciences*. 1985; 290: 102 (#J0110790)

10. GOPINATHAN, G; LIEBERMAN, AN; NEOPHYTIDES, A; GOLDSTEIN, M. "ON OFF PHENOMENON IN PARKINSONS-DISEASE". *New England journal of medicine*. 1984; 311: 192 (#J0061040)

11. Lieberman AN; Goldstein M; Gopinathan G; Neophytides A; Hiesiger E; Walker R; Nelson J. "Combined use of benserazide and carbidopa in Parkinson's disease". *Neurology*. 1984; 34: 227 (#J0110791)

12. Lieberman AN; Gopinathan G; Neophytides A; Hiesiger E; Nelson J; Walker R; Goodgold A. "Deprenyl in the treatment of Parkinson's disease. A specific type B monoamine oxidase inhibitor". *New York state journal of medicine*. 1984; 84: 13 (#J0110793)

13. Lieberman AN; Goldstein M; Leibowitz M; Gopinathan G; Neophytides A; Hiesiger E; Nelson J; Walker R. "Long-term treatment with pergolide: decreased efficacy with time". *Neurology*. 1984; 34: 223 (#J0110792)

14. Lieberman AN; Gopinathan G; Neophytides A; Leibowitz M; Walker R; Hiesiger E. "Bromocriptine and lisuride in Parkinson disease". *Annals of neurology*. 1983; 13: 44 (#J0110794)

15. Lieberman AN; Goldstein M; Gopinathan G; Leibowitz M; Neophytides A; Walker R; Hiesiger E. "Further studies with lisuride in Parkinson's disease". *European neurology*. 1983; 22: 119 (#J0110795)

16. Whelan, MA; Kricheff, II; Handler, M; Ho, V; Crystal, K; Gopinathan, G; Laubenstein, L. "ACQUIRED IMMUNODEFICIENCY SYNDROME - CEREBRAL COMPUTED TOMOGRAPHIC MANIFESTATIONS". *Radiology*. 1983; 149: 477 (#J0039035)

17. Lieberman AN; Goldstein M; Gopinathan G; Leibowitz M; Neophytides A; Walker R; Hiesiger E; Nelson J. "Further studies with pergolide in Parkinson disease". *Neurology*. 1982; 32: 1181 (#J0110796)

18. Lieberman, A; Gopinathan, G. "TREATMENT OF ON-OFF PHENOMENA WITH LITHIUM". *Annals of neurology*. 1982; 12: 402 (#J0038820)

19. Lieberman, AN; Goldstein, M; Neophytides, A; Leibowitz, M; Gopinathan, G; Walker, R; Pact, V. "THE USE OF PERGOLIDE, A POTENT DOPAMINE AGONIST, IN PARKINSONS- DISEASE". *Clinical pharmacology & therapeutics*. 1982; 32: 70 (#J0038330)

20. Neophytides, A; Lieberman, AN; Goldstein, M; Gopinathan, G; Leibowitz, M; Bock, J; Walker, R. "THE USE OF LISURIDE, A POTENT DOPAMINE AND SEROTONIN AGONIST, IN THE TREATMENT OF PROGRESSIVE SUPRANUCLEAR PALSY". *Journal of neurology neurosurgery & psychiatry*. 1982; 45: 261 (#J0038906)

21. Leibowitz, M; Lieberman, A; Goldstein, M; Neophytides, A; Kupersmith, M; Gopinathan, G; Mehl, S. "CARDIAC EFFECTS OF PERGOLIDE". *Clinical pharmacology & therapeutics*. 1981; 30: 718 (#J0038498)

22. LIEBERMAN, A; GOLDSTEIN, M; NEOPHYTIDES, A; LEIBOWITZ, M; GOPINATHAN, G; KUPERSMITH, M. "FURTHER-STUDIES WITH LISURIDE, A POTENT DOPAMINE AND SEROTONIN AGONIST, IN PATIENTS WITH PARKINSONS-DISEASE WHO ARE NO LONGER SATISFACTORILY RESPONDING TO LEVODOPA". *Clinical pharmacology & therapeutics*. 1981; 29: 261 (#J0058425)

23. Lieberman, AN; Goldstein, M; Leibowitz, M; Neophytides, A; Gopinathan, G; Walker, R; Pact, V. "LISURIDE COMBINED WITH LEVODOPA IN ADVANCED PARKINSON DISEASE". *Neurology*. 1981; 31: 1466 (#J0038093)

24. Lieberman, AN; Goldstein, M; Neophytides, A; Leibowitz, M; Gopinathan, G; Goodgold, A; Pact, V; Walker, R. "USE OF LISURIDE IN ADVANCED PARKINSONS-DISEASE - POTENT DOPAMINE AND SEROTONIN AGONIST". *New York state journal of medicine*. 1981; 81: 1751 (#J0037834)

25. Lieberman AN; Kupersmith M; Gopinathan G; Estey E; Goodgold A; Goldstein M. "Bromocriptine in Parkinson disease: further studies". *Neurology*. 1979; 29: 363 (#J0113219)

26. Lieberman, AN; Gopinathan, G; Estey, E; Kupersmith, M; Goodgold, A; Goldstein, M. "LERGOTRILE IN PARKINSON DISEASE - FURTHER-STUDIES". *Neurology*. 1979; 29: 267 (#J0037463)

27. Lieberman, A; Estey, E; Gopinathan, G; Ohashi, T; Sauter, A; Goldstein, M. "COMPARATIVE EFFECTIVENESS OF 2 EXTRA-CEREBRAL DOPA DECARBOXYLASE INHIBITORS IN PARKINSON DISEASE". *Neurology*. 1978; 28: 964 (#J0036974)

28. Lieberman, A; Estey, E; Kupersmith, M; Gopinathan, G; Goldstein, M. "TREATMENT OF PARKINSONS-DISEASE WITH LERGOTRILE MESYLATE". *JAMA*. 1977; 238: 2380 (#J0035719)