UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

V.

ARTURO ROJAS-JAIME,

            Defendant.

05 Cr. 708 (AKH)

ORDER FOR RELEASE OF
MEDICAL RECORDS

---

    Upon consideration of defendant's motion for the release of medical records, it is hereby

    **ORDERED** that the Lutheran Medical Center release all of defendant's medical records (X-Rays, CAT Scans, etc.) so that they may be reviewed by Dr. Govindan Gopinathan, a neurology specialist at the NYU Medical Center.

Dated _____

_____
Hon. Alvin K. Hellerstein