UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

V.

ARTURO ROJAS-JAIME,

      Defendant.

_____

05 Cr. 708 (AKH)

ORDER FOR RELEASE OF
MDC MEDICAL RECORDS
AND RELATED DOCUMENTS

    Upon consideration of defendant's motion for the release of medical records, it is hereby

    **ORDERED** that the MDC release all of defendant's medical records and all documents, notes, investigation reports, etc. pertaining to the medical incident that occurred on January 12, 2008.

_____
Dated

_____
Hon. Alvin K. Hellerstein