USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

ARTURO ROJAS-JAIME,

Defendant.

05 Cr. 708 (AKH)

ORDER FOR RELEASE OF
MDC MEDICAL RECORDS
AND RELATED DOCUMENTS

Upon consideration of defendant's motion for the release of medical records, it is hereby

**ORDERED** that the MDC release all of defendant's medical records and all documents, notes, investigation reports, etc. pertaining to the medical incident that occurred on January 12, 2008.

Dated

Hon. Alvin K. Hellerstein