# Exhibit A

ALONSO MICRON

Valencia September 30, 2007

Sirs.
To Whom It May Concern:

By way of this letter it is hereby certified that Mr. Arturo Rojas Jaimes , identified by C.I. 6.013.542, worked for our company as a sales representative, during the period including January of 2000 to December of 2001, acting in total capacity according to his responsibilities.

As requested by the petitioning party, this is issued on September 30, 2007.

Mrs. Vella Marin
Administration Department



Autopista El Palito - Morón, Zona Industrial La Paraguita ( al lado de Planta Centro ) Telfs.: (0242) 3721512 - 3721318  - Fax: (0242) 3721216 Morón - Estado Carabobo - Venezuela

Valencia 30 de Septiembre de 2007

Sres.

A Quien pueda Interesar:

Por medio de la presente se hace constar que  el
Sr. **Arturo Rojas Jaimes** portador de la C.I. **6.013.542**, Laboró en nuestra empresa
como representante de ventas, en el lapso comprendido entre enero de 2000
hasta diciembre de 2001, actuando en todo momento a cabalidad total de acuerdo
a     su cargo.

La presente se expide a petición de la parte interesada a los 30  días del mes de
septiembre de 2007.

Sra. Vella Marín
Dpto. Administración

INVERSIONES Y PROYECTOS H.U.C., srl

Valencia, October 4, 2007

Sirs.
To Whom It May Concern:

By way of this letter it is hereby certified that Mr. Arturo Rojas Jaimes, identified by C.I. 6.013.542, was part of our sales department, from January 15, 2002 to December 18, 2005, performing his job as manager of the Gran Caracas area, always carrying out his responsibilities to our complete satisfaction.

This is issued upon request of the interested party, on October 4, 2007.

Ing. Hugo Uzcategui C.
President



# Inversiones y Proyectos H.U.C. srl
### RIF. J-30963870-9

Av. Don Julio Centeno
Urb. Paso Real  I
Edf. 7 apto. 7-34
San Diego -Carabobo

Teléfono: 0241 6350077
0414 3455684
Correo: huc_ve@yahoo.com

Valencia 04 de Octubre de 2007

Sres.
A Quien pueda Interesar:

Por medio de la presente se hace constar que  el Sr. **Arturo Rojas Jaimes** portador de la **C.I. 6.013.542**, formó parte de nuestro departamento de ventas, desde 15 de Enero de 2002 hasta el 18 de diciembre de 2005, desempeñándose como gerente de la zona de la Gran Caracas, siempre actuando a nuestra entera satisfacción.

La presente se expide a petición de la parte interesada a los 04  días del mes de octubre de 2007.

Ing. Hugo Uzcategui C.
Presidente

# Exhibit B



**Mercantil Pacific C.A.**

arturo rojas jaimes
director

Venezuela
Av. La Estancia, C.C.C.T. Primera Etapa
Piso 1, Ofc.119, Chuao, Caracas 1061
Tel. +58 212 9596217 Cel. +58 414 3668836
e-mail:mercantilpacific@cantv.net

Mexico
Boulevard Interlomas 14
Int 105, C La Herradura
CP 52784, Cdad Mexico
Tel. +52 55 222450

COMMERCIAL REGISTER V
Of the Judicial Division of the Capital District and State of Miranda

Caracas, 29th of May, 2006

196 and 147

After having presented the previous participation and fulfilled the requirements by law, register in the Commercial Register along with the document presented, set and publicize the respective site, sign the document and file the original with the sample of the Statutes and the rest of the documents attached. Issue a certified copy with insertion of the present document in order that it is publicized. Issue a copy with the objective of complying with what is established in Article 226 of the Code of Commerce.

Code of Commerce.

The previous document redacted by:  ISABELLA WULFF

It is registered under No. 2        Volume 1331 A

Tariff Rights Bs.  197184              according to Form No 71716

Fiscal Rights  Bs.                        according to Form No.

The identification took place thus:
**ARTURO ROJAS DIAZ, with Identification C.I. No. V.-11.742.536**

**Commercial Registrar V**

**Dr. Gisela Rangel**

**(C) This page belongs to:
MERCANTIL PACIFIC, C.A.**

## CONSTITUTIVE STATUTORY DOCUMENT OF MERCANTIL PACIFIC, C.A.

We, ARTURO ROJAS DIAZ and ARTURO ROJAS JAIMES, of Venezuelan descent, of age, of this domicile and officially identified with ID Nos. 6.013.542 and 11.742.536, respectively, by way of this document declare that we have agreed to establish, as in effect we have established, an Anonymous Company, redacted with enough amplitude, so that at the same time it will serve as Social Statutes, which will be governed by the following clauses:

### Title I – Name and Location

**First**: The Company shall be named MERCANTIL PACIFIC, C.A. and will be located in the city of Caracas. It will be possible to establish offices, branch offices, and agencies, providing it is within the Bolivarian Republic of Venezuela or in the exterior as determined by the executive committee.

### Title II – Objective and Duration

**Second:** The company shall have as its objective the commercialization, purchase, sale, leasing, offering of services, importation, exportation of any good, whether it has to do with personal property or real estate, tangibles or intangibles; as well as the carrying out of any act of legal business, the above being enumerated but not limited to that.

**Third:** The duration of the Company shall be fifty (50) year, to commence upon registry of the present Constitutive Act and it can be extended, to whatever the Assembly of Stockholders determine.

### Title III – Capital and Shares

**Fourth:** The Share Capital of the Company is Two Million Bolivares (Bs. 2.000.000.00), divided into (100) Nominative Shares convertible to the bearer, with a nominal value of Twenty Thousand Bolivares (Bs 20.000.00) each one.

**Fifth:** The shares confer to its possessors the same rights and each one shall have a vote in the Shareholder Assemblies. The titles of the Shares will be able to

include a number anyone of them, having to contain all the requirements by the Code of Commerce and they shall be signed, at least by the General Director. The shares will be indivisible with respect to the Company, which shall recognize its proprietor by the share.

**Sexta**: The Share Capital is totally subscribed and paid in the following manner: ARTURO ROJAS JAIMES subscribed a total of 50 shares at Twenty Thousand Bolivares (Bs. 20.000.00) each one for a total of One Million Bolivares (Bs. 1.000.000.00). ARTURO ROJAS DIAZ subscribed a total of 50 shares at Twenty Thousand Bolivares (Bs. 20.000.00) each one for a total of One Million Bolivares (Bs. 1.000.000.00). The Share Capital has been paid one hundred per cent (100%) according to the bank deposit, which is attached to the present Act and which is part of same.

### Title IV – The Assemblies

**Seventh:** During the three months after the closing of the economic exercises of the Company, the Regular General Assembly of Shareholders will get together in their central offices, upon notice of a meeting, which will have the following functions:

>  Elect the members of the executive committee
>  Elect the Commissioner
>  Approve or not approve the corresponding Financial Conditions according to the Commissoner's report.

**Eigth:** At any moment and when they consider it necessary, they can hold a Special Assembly of Shareholders, which shall have the most extensive authority to resolve any matter for which they have assembled. Special Assemblies have, by way of exception, the following functions:

>  Consider and decide all of the matters that should be submitted to the Regular Assemblies, when they could not have called for a meeting during the time designated.

>  Have knowledge of any matter submitted for its consideration when called called to meet or the shareholders agree to discuss when the total number of the Share Capital is present.

**Ninth**: The Regular and Special Assemblies shall be summoned by publicizing five (5) days prior to date set for meeting, indicating the place, time, date and objective of the conference.. The formality of the conference shall not be necessary when it is agreed to by all shareholders of the Company and all of the Share Capital is represented at the Assembly.

**Tenth:**   From each of the meetings of the Assembly, there shall be an Act drawn up which will be recorded in the Book of Acts of the Assemblies, which will be agreed upon by all shareholders attending the meeting.

## Title V – Executive Committee

**Eleventh:**  The Administration of the Company will be chosen by the Executive Committee, consisting of two (2) General Directors, which are elected by the Assembly of Shareholders and will hold their positions for five (5) years, and are eligible for reelection.

**Twelth**:  The General Directors, together or separately, hold the Company responsible and have the most power in resolving and realizing all the acts that are demanded by the business dealings of the Company, such as disposing of public goods, signing for the society and make it responsible.  Some of the responsibilities of the General Directors are as follows:

   a.  Purchase, sell, yield, penetrate, assess, lease and, in general, contract, negotiate, acquire, or transfer personal property and real estate and rights of all kinds.

   b.  Open up and mobilize bank accounts, including authorizing third parties to sign, endorse, accept, issue and in general, execute all kinds of operations regarding checks, bills of exchange, notes or any other effect of commerce.

   c.  Establish mortgage guarantees but only and exclusively to guarantee obligations in favor of the Company.

   **d.**  Create commercial factors and set their attributions.

   e.  Exercise full representation of the Company, judicial or extra judicially, to support and defend opposition to third parties the rights and interests of same, with faculties to be considered said, attempt and respond to demands, object to previous matters, meet , make concessions, and in general, any other act considered necessary or convenient, in the interest of the Company.

   f.  Grant and revoke general power and/or an attorney or attorneys that you trust.

   g.  Request and/or contract the credits or loans of any kind that the Company requires.

   h.  Hire and fire employees of the Company and secure their remuneration.

    i.  Establish the amount of the Reserve Fund and any other that is considered necessary, as well as the paragraphs that are necessary to do with this end.

    j.  Establish the amounts of general and administrative expenditures.

    k.  Summon and preside over the Regular and Special General Assemblies.

    l.  Fulfill and ensure fulfillment of the decisions of the Assemblies of Shareholders.

    m.  Calculate and determine the amount of dividends to be distributed and the other parties that are referred to in Clause Seventeen of Article VI.

    n.  Agree to use of the Reserve Funds.

**Thirteen:** The members of the Executive Board, in order to comply with Article 244 of the Code of Commerce, before exercising its administrative functions, shall deposit in the box of the Company, two (2) shares), marked with a stamp that indicates his unalienability or a deposit to satisfaction of the shareholders, providing his administrative negotiations continue to be approved.

**Fourteen:** The Company will have a principal Commissioner who will be elected by a General Assembly of Shareholders and will hold this position for five (5) years, eligible for reelection, having responsibilities and functions indicated in the Code of Commerce.

### Title VI – Balance, Profits and Reserve Fund

**Fifteen:** The economic stock-taking of the Company shall begin the first of January of each year and shall end the 31st of December of the same year, with the exception of the first year which will commence on the date of registration in the Commercial Register and shall end the 31st of December of the current year. The balance shall be made from the profits and losses and the proposed distribution of benefits at the end of the economic exercise.

**Sixteen:** The distribution of the profits will be carried out in the following manner: Ten per cent (10%) will be placed in the Reserve Fund, until it reaches fifty per cent (50%) of the Share Capital. The distribution of the profits will be given to the shareholders in the proportions which correspond them, according to the number of shares they possess, but the General Assembly of Shareholders can opt to leave the earnings with the Company, if the necessities of the Company require it.

**Seventeen:** If it is agreed that liquidation of the Company due to expiration of its term or by decision of the Assembly summoned for this purpose, the Company can, in its judgment, give charge of the liquidation of same to the administrators or the person or persons that it designates. The authority of the liquidator(s) will be the authority given by the Assembly of Shareholders and the Code of Commerce.

**Eighteen:** For the first period, the Assembly appointed as General Directors Messrs. ARTURO ROJAS JAIMES and ARTURO ROJAS DIAZ, previously identified.

For the position of Commissioner, the Assembly designated citizen HEIDY MARIA LOPEZ, officially identified by ID No. V- 7.949.161, and registered in the College of Public Accounting, under No. C.P.C. 52.349.

**Nineteen:** ARTURO ROJAS DIAZ, previously identified, is authorized to present a copy of this Constitutive Statutory Document before the Commercial Registry and to comply with the formalities demanded in the Code of Commerce.

Caracas, on date of presentation.

[Signed]                                    [Signed]
ARTURO ROJAS JAIMES                          ARTURO ROJAS DIAZ

# Exhibit C

PRIORITAIRE
*PRIORITY*

PORT PAYE
FRANCE
M D I



26 DIC 2006.
O.P.T.
C.C.C. TAMANACO

Mercantil Pacific C.A.
Arturo rojas jaimes
Av. La Estancia,C.C.C.T.
Primera Etapa Piso 1,
Ofc.119,Chuao,
Caracas 1061
Venezuela

**SADEV**
ARCHITECTURAL GLASS SYSTEMS

# GLASSTECH 2006

Seynod le 30/10/06

Dear Madam and Sir,

We thank you for your visit during GLASSTECH 2006.

Enclosed you will find a set of brochures:

*SADEV FITTINGS*
*SADEV DÉCOR PROJECTS*
*SADEV MARQUISE*
*SADEV TENSION ROD*
*SADEV SHOWER SYSTEM*
*SADEV VARIOMONT*

As well as the flyer: *MONTI SPIDER S3000*

You can also download the *SADEV DÉCOR TECHNICAL BINDER* from: www.sadev.com

We thank you again for your interest and trust and look forward to serve you in the future.

YOUR TEAM SADEV



ARTURO SR. office building



ARTURO SR. at a convention for Plastics.





THE GLASS WAREHOUSE/FACTORY

Exhibit D

7CH5ROJP                    plea

1              THE DEFENDANT:  Yes.  Excuse me.

2              (Counsel and defendant conferring)

3              THE DEFENDANT:  Yes, your Honor.  I had a meeting,

4    only just one day at just one time.

5              THE COURT:  This meeting and the conversations and

6    purposes involved with the meeting are sufficient to cause you

7    to believe that you are in fact guilty of the crime charged?

8              THE DEFENDANT:  Yes, your Honor.

9              THE COURT:  And that's why you are offering to plead

10   guilty?  Because you are in fact guilty?

11             THE DEFENDANT:  Yes.

12             THE COURT:  And you wish to accept responsibility for

13   what you did?

14             THE DEFENDANT:  Yes.  Yes.

15             THE COURT:  Tell me what you did, sir.

16             THE DEFENDANT:  On June of 2005 I came for vacation to

17   New York.  I took the opportunity to meet with two people and

18   put them in contact so they could do a transfer of money.

19             THE COURT:  I'm sorry?

20             INTERPRETER:  So they could do a transfer of money.

21             THE COURT:  You were going to help them transfer

22   money?

23             THE DEFENDANT:  No.  I was going to put them in

24   contact so they could do it.

25             THE COURT:  You were going to make a contact between

                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

7CH5ROJP                    plea

1    them and somebody else?

2              THE DEFENDANT:  No, no.  Between those two people.

3              THE COURT:  Oh, one with the other.

4              THE DEFENDANT:  Yes, because for some reason they had

5    not done it yet and I was sent so I could get them, the two

6    together.

7              THE COURT:  Somebody sent you?

8              THE DEFENDANT:  Yes, your Honor.

9              THE COURT:  Who?

10             THE DEFENDANT:  A relative did.

11             THE COURT:  Sorry?

12             INTERPRETER:  A relative did.

13             THE COURT:  One of your relatives?

14             (Defendant and counsel conferring)

15             THE DEFENDANT:  (In English)  No.

16             THE COURT:  A relative of whom?

17             THE DEFENDANT:  One of my relatives.

18             THE COURT:  In Venezuela?

19             THE DEFENDANT:  Yes.  Well, at that time this person

20   was in Mexico.

21             THE COURT:  And what was to be your function?

22             THE DEFENDANT:  To make these two people to trust each

23   other so they would go ahead with the transaction.

24             THE COURT:  Were you aware of the source of the money

25   they were transferring?

7CH5ROJP                    plea

1   of money that one person was doing here in New York to another

2   person who was the one who was supposed to transport it.  At

3   that time, obviously, I realized that that was illegal proceeds

4   and that was the reason why they could not do it through a

5   bank.

6           THE COURT:  Yes, but I don't understand your role,

7   Mr. Rojas.

8               Here your relative in Mexico calls you up and says go

9   help party A transfer money to party B.  You hardly know party

10  A and you don't know party B, and the purpose of this is to

11  move the money out of the United States outside of banking.

12          THE DEFENDANT:  Yes.  Yes, your Honor.

13          THE COURT:  Does that summarize what happened?

14          THE DEFENDANT:  Yes.  That's exactly how it happened.

15          THE COURT:  So what are you doing?  What is your

16  contribution to this?

17          THE DEFENDANT:  Because they -- I don't know why, I

18  don't know the reasons, they had not been able to do the actual

19  transfer.  When I came to New York I had been asked to do a

20  favor to make them trust each other so they would trust each

21  other and go ahead with the transaction.

22          THE COURT:  How did you make them trust each other?

23          THE DEFENDANT:  When I get here I called the person

24  here in New York who was already aware that I was coming sent

25  by the person down in Mexico.  And the other person who had

7CH5ROJP                    plea

1    already met me in Mexico, my meeting was really very, very

2    brief.  Just a few minutes.

3            THE COURT:  So, you had the trust of both of these

4    people?

5            THE DEFENDANT:  Well, I came, sent by a person who

6    was -- whom they trust.

7            THE COURT:  And you were connected to that person whom

8    they trusted?

9            THE DEFENDANT:  Yes.  Yes.  But, the person here in

10   New York, the one who has to deliver the money gave me the

11   impression that they didn't trust me very much because that

12   same night the money was delivered and he left that same night.

13           THE COURT:  How much money was involved?

14           THE DEFENDANT:  $300,000.

15           THE COURT:  Anything else, Mr. Sahni?

16           MR. SAHNI:  Your Honor, if you could ask the defendant

17   one more time if he knew or believed that any of the funds were

18   the proceeds of or were intended to promote an offense

19   involving the importation or distribution of a controlled

20   substance?

21           THE COURT:  Did you believe that this was drug money?

22           THE DEFENDANT:  Yes, yes.  Illegal money.

23           THE COURT:  And the purpose of the transfer from one

24   to the other was to get the money out of the United States

25   without anybody being aware of it?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300