# Exhibit E



MEDICAL REPORT OF DUTY STATUS
PATIENT'S NAME: ROSAS-JAMES, Arturo
HOSPITAL REGISTRATION NO: 51025-051
INCLUSIVE DATES OF TREATMENT
From: 5/04/07   Through: 10/07/07
REMARKS: Bottom Bunk Pass for Medical Reasons
NAME AND LOCATION OF HOSPITAL OR CLINIC: MDC-BROOKLYN
SIGNATURE OF MEDICAL OFFICER: C. Brooks, PA — MDC Brooklyn

# Exhibit F

# Manhattan Neurosurgical Associates, P.C.

Alan Hirschfeld, M.D.
Ashok Anant, M.D.
Raj Murali, M.D.
Joseph Demattia, M.D.

St Vincent's Hospital/Manhattan
Department of Neurosurgery
10 West 12th Street, Suite NR 809
New York, New York 10011
Tel 212.604.7767   Fax 212.604.3206

February 18, 2008

Johanna S. Zapp
12 East 86 Street, Suite 434
New York, NY 10028

**NARRATIVE REPORT**

Re: Arturo Rojas-James
Date of Admission: 01-12-2008
DOB: 04-17-1950

To Whom It May Concern:

Arturo Rojas-James was first examined by me at Lutheran Medical Center on January 12, 2008. He is a 57-year-old prisoner who was reportedly found in his cell by his cellmates unresponsive. The patient was intubated on arrival due to his altered mental status.

On my evaluation, he was already intubated. There was no eye opening to stimuli. His left pupil was 5mm and non-reactive, and his right pupil was 3mm and non-reactive. He only had reflexive movements of flexion to deep stimuli.

CT scan of the brain was performed, demonstrating a large left-sided subdural hematoma with left-to-right shift, consistent with his neurological exam.

The patient was given Mannitol in an effort to reduce his increased intracranial pressure, and then taken emergently to the operating room for a left-sided decompressive hemicraniectomy and evacuation of the subdural hematoma. A large bone flap was removed and not put back. It was placed in his abdomen in an effort to give his brain room to swell. Post-operatively, the patient remained intubated and was subsequently weaned from the ventilator over the next few days. He has made a remarkable recovery while in rehabilitation, and on February 5, 2008, returned for retrieval of the bone flap from the abdomen and placement on his skull.

In summary, Mr. Rojas-James suffered a severe closed head injury requiring a left-sided decompressive hemicraniectomy and evacuation of the underlying subdural hematoma.

ROJAS-JAMES, Arturo -2- February 18, 2008
NARRATIVE REPORT

He subsequently had his bone flap replaced a few weeks later. He has made a remarkable recovery, though he continues to have some cognitive deficits.

If you should have any further questions, please call my office at (212) 604-7767.

Sincerely yours,

Joseph A. DeMattia, MD

JD/sg



**Lutheran Medical Center**
**Physician's Portal - OP Report**

Generated Tue Feb 12 15:00:... ES... 2008
Doc #012255191033021020 2008193402538

## Demographics

Patient Name: ROJASJAMES, ARTURO    MR #: 00011910:3
DOB: 04/17/1950 Age: 57 Sex: M    Home Phone: 7188404200
Address: 100 29TH STREET
BROOKLYN, NY 11232

## Visit

Att. Physician: DEMATTIA, JOSEPH    Pat. Location: 3C
Acct: 0803200905 Adm. Date: 02/05/2008    Dis. Date: 02/08/200
Adm. Dx: HISTORY DECOMPRESSIVE CARNIOTOMY    Working Dx: HISTORY DECOMPRESSIVE CARNIOTOMY

## REPORT DETAILS

SURGEON: 12255 JOSEPH DEMATTIA, MD
DATE: 02/05/2008
PREOPERATIVE DIAGNOSIS: Cranial defect.
POSTOPERATIVE DIAGNOSIS: Cranial defect.
OPERATION:
Retrieval of bone flap from the abdomen.
Left frontotemporoparietal cranioplasty.
INDICATIONS: The patient is a 57-year-old male, who had a subdural hematoma evacuated, as well as a craniectomy. The patient returned for retrieval of the bone flap from his abdomen, and left frontotemporoparietal cranioplasty.
ANESTHESIA: General endotracheal.
PROCEDURE: Patient was brought into the operating room, and after placing appropriate monitoring lines, underwent smooth rapid sequence intubation. Patient was positioned supine with the head turned to the right. The hair was shaven, prepped with Betadine, and the abdominal area was also shaven, and prepped with Betadine, and draped in the usual sterile manner.
We began with the incision in the abdomen, then retrieval of the bone flap. Incision was made with a 10-blade scalpel through his skin and subcutaneous tissue. Bovie electrocautery used to dissect down through the subcutaneous tissue. The bone flap was easily identified. Two self-retaining retractors were inserted into incision to open the wound. Using blunt dissection, we were able to get around the entire bone flap, and it was carefully removed. Bleeding was controlled with bipolar electrocautery. The area was irrigated multiple times with antibiotic-impregnated normal saline solution. At this point, it was packed with an antibiotic-soaked sponge, and attention was turned to the cranial incision.
Incision was made with a 10-blade scalpel through the skin and subcutaneous tissue.
Bovie electrocautery was used to dissect down to the bone. The flap was then carefully reflected. Bleeding was controlled with bipolar electrocautery, as well as thrombin-soaked Gelfoam, and Surgicel. Parts of the brain were exposed and were covered with DuraGen. The bone was secured with cranial plates and screws. The area was irrigated multiple times with antibiotic-impregnated normal saline solution. The bone flap was secured with cranial plates and screws. Once again, the area was irrigated with antibiotic-impregnated normal saline solution. No. 7 flap JP drain was placed in the subgaleal space. Incision was closed with 3-0 inverted Vicryl suture and staples on the skin. The abdominal incision was

closed with 3-0 inverted Vicryl sutures and staples on the skin. Sterile dressings were applied. All sponges, needles, instruments counts were accounted for at the end of the case. The patient was allowed to awaken from anesthesia and taken to recovery room in stable condition.

*Joseph DeMattia MD*

JOSEPH DEMATTIA, MD
Attending/Surgeon
JD/5552144
DD: 02/05/2008 19:37
DT: 02/06/2008 07:18
SSI File#: 0122551191033021020520081934O2538
Job #: 90122

Physician Signature: DEMATTIA,JOSEPH, MD     Signature Date: 2/08/2008







