USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA           :
                                   :
       - against -                 :         05 Cr. 708 (AKH)
                                   :
ARTURO ROJAS-JAIME,                :         **ORDER**
                                   :
              Defendant.           :
------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Having been advised that the defendant has been suddenly hospitalized, the sentencing originally scheduled for February 26, 2008, is adjourned to March 18, 2008 at 10:00 am, or such earlier date as is mutually convenient to all parties and as may be requested by defense counsel.

SO ORDERED.

Dated:   February 26, 2008
         New York, New York

                                             _____
                                             ALVIN K. HELLERSTEIN
                                             United States District Judge