# JOHANNA S. ZAPP

12 East 86th Street, Suite 434, New York, New York 10028
917-742-4953 • 212-410-3351 • FAX 917-492-1879

ATTORNEY

NEW YORK, NEW JERSEY BARS

February 25, 2008

Honorable Alvin K. Hellerstein
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: U.S. v. Arturo Rojas-Jaimes 05-CR-708

Dear Judge Hellerstein:

As Your Honor is already aware, the defendant referenced above is scheduled for sentencing tomorrow, February 26, at 3:00 P.M. I was advised this morning that Mr. Rojas was brought to the hospital in the early morning hours because he was having chest pains in the middle of the night.

This letter is simply to advise the Court as to what has happened. I do not want to adjourn the sentence until it becomes absolutely necessary. I believe that defendant may be discharged today depending on what the doctor's at the hospital say. If I learn that Mr. Rojas will have to stay in the hospital I will certainly alert the Court and Mr. Sahni immediately.

Very truly yours,

Johanna S. Zapp


cc: AUSA Guruanjan.Sahni