UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA**

       **V.**

**ARTURO ROJAS-JAIME**

_____

**CR NO. 05CR708(AKH)**

**ORDER**

Upon consideration of defendant's motion for the release of medical records, it is hereby

**ORDERED**, with no objection from AUSA Mr. Sahni, that Lutheran Medical Center release all medical records for the above named defendant for the dates starting January 26, 2008 through the date of his discharge and for the dates of March 8, 2008 through the date of his discharge. The records are to be release to Attorney Johanna S. Zapp.
So Ordered.

_____     _____

United States District Judge Alvin K. Hellerstien            Date