UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

UNITED STATES OF AMERICA

v.

ARTURO ROJAS-JAIME

CR NO. 05CR708(AKH)

## ORDER

Upon consideration of defendant's motion for the release of medical records, it is hereby

**ORDERED**, with no objection from AUSA Mr. Sahni, that Lutheran Medical Center release all medical records for the above named defendant for the dates starting January 26, 2008 through the date of his discharge and for the dates of March 8, 2008 through the date of his discharge. The records are to be release to Attorney Johanna S. Zapp.

So Ordered.

_Miriam Goldman Cederbaum_
         Part I
United States District Judge ~~Alvin K. Hellerstien~~
March 11, 2008 – March 11, 2008

March 11, 2008
Date



# JOHANNA S. ZAPP

12 East 86th Street, Suite 434, New York, New York 10028
917-742-1953 · 212-410-3351 · FAX 917-492-1879

ATTORNEY

NEW YORK, NEW JERSEY BARS

March 10, 2008

Honorable Alvin K. Hellerstein
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: U.S. v. Arturo Rojas-Jaimes 05-CR-708

Dear Judge Hellerstein:

I received a call this afternoon that my client, Arturo Rojas, was brought to Lutheran Medical Center early Sunday morning because he was experiencing seizures. As Your Honor knows, Mr. Rojas has been recuperating from the traumatic brain injury and subsequent surgeries which occurred in January and February.

I would like to have Mr. Rojas' recent medical records released to me so that I can have Dr. Govindan Gopinathan, a neurologist from the New York University Medical Center, to review his file and give his medical opinion about what is happening to Mr. Rojas.

The records I am seeking are the records from January 26, 2008, when he was hospitalized just prior to his sentencing and the current records starting Saturday March 8, 2008.

I have spoken with Mr. Sahni who does not object to this request. I have attached an order for Your Honor to sign if this request is granted.

Very Truly Yours,

Johanna S. Zapp

cc: Guruanjan Sahni, AUSA